UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE an individual,<br><br>　　　　　Plaintiff,<br>v.<br><br>SeaTac Hotels, LLC; G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Property, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; and DOES 1-200, inclusive,<br><br>　　　　　Defendants. | No. 2:25-cv-00156-JHC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM** |

Having considered Plaintiffs' motion to proceed under pseudonym, Dkt. # 40, Defendants' response, Dkt. # 41, the rest of the file, and good cause being shown, Plaintiff's motion is hereby GRANTED.

1
2     **IT IS SO ORDERED.**
3
4
5 Dated: November 24, 2025.
                            _John H. Chun_
                            John H. Chun
6                             UNITED STATES DISTRICT JUDGE